IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No: 17-16102 |
| | ) | |
| Todd C Fuller | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge: Janet S. Baer (Kane) |

NOTICE OF MOTION

TO:   Todd C Fuller, 38 Woodridge Rd. Montgomery, IL 60538 *via US mail*

Trustee Glenn B Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532 *via ECF*

*clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic*

*delivery system*

See attached service list

PLEASE TAKE NOTICE that on **February 16, 2018 at 10:00 a.m.**, I shall appear before the Honorable Judge Janet S. Baer at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134 or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By:   */s/ David H. Cutler*
        David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on January 26, 2018 before the hour of 7:00 p.m. from the office located at 4131 Main Street., Skokie, Illinois 60076.

By:   /s/ David H. Cutler
        David H. Cutler, esq.
        Counsel for Debtor(s):
        Cutler & Associates, Ltd.
        4131 Main St,
        Skokie, IL 60076
        Phone: (847) 673-8600

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No: 17-16102 |
| | ) | |
| Todd C Fuller | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge: Janet S. Baer (Kane) |

MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Todd C Fuller, by and through his attorneys, the law office of

CUTLER & ASSOCIATES, and in support of this Motion, states as follows:

1.   This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is

a "core proceeding" under 28 USC 157(b)(2).

2.   The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code

on May 24, 2017.

3.   The Debtor's Plan was confirmed with a payment of $220 for 36 months with

unsecured creditors receiving 10% of their unsecured claims.

4.   The Debtor as of the date of this motion has a default of $780.

5.   The Debtor had lost his job in Noveber of 2017, he was not receiving any income at

that time and did not recceive unemployment and this caused the debtor to fall behind

on his plan payments.  The Debtor is now back to work as of January 2018 and can

make his plan payments going forward but he is not able to catch up on the full default

amount.

6.   The Debtor is looking to defer his current plan default to the end of the plan.

7.   The Debtor seeks to modify his plan post confirmation to defer the current trustee

default to the end of the plan.

2

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan

Post Confirmation to defer the current default until the end of the plan; and for such further

relief that this Court may deem just and proper.

Dated: January 26, 2018                          Respectfully Submitted,

                                                 By:    /s/ David H. Cutler
                                                        David H. Cutler, esq.,
                                                        Counsel for Debtor(s):
                                                        Cutler & Associates, Ltd.
                                                        4131 Main St.
                                                        Skokie, IL 60076
                                                        Phone: (847) 673-8600